IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03429-GPG

ANTHONY R. MURPHY,

    Applicant,

v.

MS. PLOUGHE, and
ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

    **ORDERED** that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

    DATED March 26, 2015, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Gordon P. Gallagher
                                              United States Magistrate Judge