IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03429-KLM

ANTHONY R. MURPHY,

    Applicant,

v.

MS. PLOUGHE, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,

IT IS HEREBY **ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of in *People v. Murphy*, Jefferson County District Court Case No. 2009CR2523, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Jefferson County Combined Court
            100 Jefferson County Parkway
            Golden, CO 80401

    (2)    Court Services Manager
            State Court Administrator's Office

101 W. Colfax, Ste. 500
Denver, Colorado 80202.

DATED April 14, 2015, at Denver, Colorado.   BY THE COURT:

Kristen L. Mix
United States Magistrate Judge